# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1974

_____

United States of America

*Plaintiff - Appellee*

v.

Martrell Devon Burns

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: December 15, 2025
Filed: December 18, 2025
[Unpublished]

_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Martrell Burns appeals after the district court[1] revoked his supervised release. His counsel has moved for leave to withdraw, and filed a brief challenging the revocation sentence as substantively unreasonable.

Upon careful review, we conclude that the district court did not abuse its discretion in sentencing Burns, as it properly considered the relevant 18 U.S.C. § 3553(a) factors, *see United States v. Miller*, 557 F.3d 910, 917 (8th Cir. 2009) (standard of review), and the sentence was below the advisory Guidelines range and statutory limit, *see* 18 U.S.C. § 3583(e)(3). Accordingly, we grant counsel's motion to withdraw, and affirm.

_____

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.